UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| MR. JOSEPH L. SABALA, | ) | Case No. SACV 09-779-PSG(AJW) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| MR. ANTHONY HEDGPETH, et al., | ) | |
| Respondents. | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed with prejudice.

Dated: ___August 13, 2009_____

_____
Philip S. Gutierrez
United States District Judge